IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                  Case No.: 14-cr-127-bbc

JESSE D. FEATHERLY,

        Defendant.

---

FINAL ORDER OF FORFEITURE

---

Based upon the motion of the United States, the entire file in this case, and good cause appearing, the Court finds that:

1. On December 18, 2014, a federal grand jury sitting in Madison, Wisconsin returned an indictment against defendant Jesse Featherly. Count one charged that on or about April 14, 2014, the defendant knowingly received visual depictions that had previously been transported in interstate and foreign commerce, and the production of such visual depictions involved the use of minors engaging in sexually explicit conduct, and the depictions were of such conduct, specifically, the defendant downloaded via computer video "pjk 098 . . ." that contained images of minors engaged in sexually explicit conduct in violation of Title 18, United States Code, Section 2252(a)(2). Count two charged that on or about July 22, 2014, the defendant knowingly possessed an IBM 3.25 GB hard drive (DKLA-23240), S/N 11S25L2573Z1M000296532, containing visual depictions that were produced using

materials which had previously been shipped in interstate and foreign commerce, specifically said hard drive, and the production of such visual depictions involved the use of minors, engaging in sexually explicit conduct, the depictions were of such conduct, and at least one of the depictions involved a prepubescent minor or a minor who had not attained 12 years of age in violation of Title 18, United States Code, Sections 2252(a)(4).

>The indictment also contained a forfeiture allegation for the forfeiture of:

>>a. any and all visual depictions which contain images which are or appear to be child pornography, together with the storage media in which they are contained; and

>>b. any and all property used or intended to be used to commit or to promote the commission of the aforementioned offense, specifically described as an Acer Aspire 6930, S/N: LXASR0X0158440CBC12500, with a 320 GB Seagate hard drive, S/N: 5SX1SRZG; an HP Pavilion Touchsmart, S/N: 5CD3341KFY, with a 500 GB hard drive, S/N:130729TM851349KZ557L; a Dell Latitude CPI PPL, S/N: ZQZY5, with an IBM 3.25 GB hard drive, S/N: 11S25L2573Z1M000296532; and a Samsung Galaxy SGH-I777, S/N: R21C568SG2T, with a 2 GB Samsung Micro SD card.

2. On August 20, 2015, the defendant pleaded guilty to Count one of the indictment. In the plea agreement, the defendant agreed to forfeit (1) any and all visual depictions which contain images which are or appear to be child pornography, together with the storage media in which they are contained, seized from the defendant's residence; and (2) any and all items used or intended to be used to commit or to promote the commission of the offenses charged in the indictment, which were seized by the FBI on July 22, 2014.

3. On August 26, 2015, the Court entered a Preliminary Order of Forfeiture.

4. Notice of the forfeiture was published on the official internet government forfeiture site www.forfeiture.gov from October 2, 2015 to October 31, 2015.

5. No third party has made any claim to or declared any interest in the above-described property and the time for filing a petition has expired.

IT IS THEREFORE ORDERED:

1. The following items are forfeited to the United States:

   a. any and all visual depictions which contain images which are or appear to be child pornography, together with the storage media in which they are contained; and

   b. any and all property used or intended to be used to commit or to promote the commission of the aforementioned offense, specifically described as an Acer Aspire 6930, S/N: LXASR0X0158440CBC12500, with a 320 GB Seagate hard drive, S/N: 5SX1SRZG; an HP Pavilion Touchsmart, S/N: 5CD3341KFY, with a 500 GB hard drive, S/N:130729TM851349KZ557L; a Dell Latitude CPI PPL, S/N: ZQZY5, with an IBM 3.25 GB hard drive, S/N: 11S25L2573Z1M000296532; and a Samsung Galaxy SGH-I777, S/N: R21C568SG2T, with a 2 GB Samsung Micro SD card.

2. The above items are to be disposed of according to law.

ORDERED this 18th day of December 2015.

*Barbara B. Crabb*
BARBARA B. CRABB
United States District Judge